**Opinion issued May 11, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00091-CV

_____

**CHRISTINE E. REULE, Appellant**

**V.**

**SHERWOOD VALLEY I COUNCIL OF CO-OWNERS, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1087952**

---

## MEMORANDUM OPINION

Appellant, Christine E. Reule, representing that she no longer wishes to pursue the appeal, has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Huddle, and Lloyd.